David C. Wakefield, Esq.   Bar #: 185736
Lightning Law, APC
10620 Treena Street, Suite 230
San Diego, CA 92131
Telephone:  619.485.4300; Facsimile:  619.342.7755
E-mail:   dcw@DMWakeLaw.com; dcwlawoffice@gmail.com
Attorney for Plaintiffs

LEWIS BRISBOIS BISGAARD & SMITH LLP
SHANE SINGH, SB# 202733
E-Mail: Shane.Singh@lewisbrisbois.com
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Tel: 916.564.5400 ; Fax: 916.564.5444
ALEXANDER J. HARWIN, SB# 225254
E-Mail: Alexander.Harwin@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Tel: 213.250.1800; Fax: 213.250.7900
Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB, ON BEHALF OF ITSELF AND ITS MEMBERS; ANNA MARIE WIGGINS, An Individual, ON BEHALF OF ROBERT AARON MCKISSICK,<br><br>Plaintiffs,<br>v.<br>CASE FAMILY INVESTMENTS, LLC; and DOES 1 THROUGH 10, Inclusive,<br>Defendants. | Case#: 8:19cv02453 JVS (KESx)<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY**<br><br>[Fed. R. Civ. P. Rule 41(a)(2)] |

1

IT IS HEREBY STIPULATED by and between the Plaintiffs UNITED AFRICAN-ASIAN ABILITIES CLUB, ON BEHALF OF ITSELF AND ITS MEMBERS; and ANNA MARIE WIGGINS, An Individual, ON BEHALF OF ROBERT AARON MCKISSICK, on the one hand, and Defendant CASE FAMILY INVESTMENTS, LLC, on the other hand, by themselves and/or through their respective attorneys of record, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), that this Court enter a dismissal with prejudice of all Defendants from Plaintiffs' Complaint. The parties herein reached settlement of the present action. Each party shall bear their own respective attorney fees and costs.

Since no Defendants shall remain in this action, Plaintiffs request that Plaintiffs' Complaint be dismissed with prejudice in its entirety.

**IT IS SO STIPULATED.**

Dated: December 29, 2020        Lightning Law, APC

                                By: /S/ *David C. Wakefield, Esq.*
                                    Attorney for Plaintiffs


Dated:  December 29, 2020       LEWIS BRISBOIS BISGAARD & SMITH LLP

                                By: /S/ *Shane Singh, Esq.*
                                    Attorneys for Defendant

**SIGNATURE ATTESTATION**

Pursuant to Civil L.R 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this document's content and have authorized the filing of this document with the use of their electronic signature.

Dated: December 29, 2020          Lightning Law, APC

                        By:   /S/   *David C. Wakefield, Esq,*
                              David C. Wakefield, Esq.
                              Attorney for Plaintiffs

///

///

///

3

Stipulation For Dismissal
Case # 8:19cv02453 JVS (KESx)

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

    I employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 10620 Treena Street, Suite 230, San Diego, CA 92131.

    On December 29, 2020, I served the document described below on all interested parties in the attached service list by the method indicated below:

1. **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY**

2. **[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION**

\_\_\_\_ **BY MAIL -** I deposited such envelope in the mail at San Diego, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

\_\_\_\_ **BY PERSONAL SERVICE** – I caused such envelope to be delivered by a process server employed by _____

\_\_\_\_ **VIA FACSIMILE** – I faxed said document, to the office(s) of the addressee(s) shown above, and the transmission was reported as complete and without error.

XXX\_\_ **BY ECF ELECTRONIC TRANSMISSION** – I transmitted a PDF version of this document by electronic transmission to the party (s) identified on the attached service list using the court supported ECF e-mail to the address(s) indicated.

4

Stipulation For Dismissal
Case # 8:19cv02453 JVS (KESx)

____ **BY OVERNIGHT DELIVERY** – I deposited such envelope for collection and delivery by the Federal Express with delivery fees paid or provided for in accordance with ordinary business practices. I am "readily familiar" with the firm's practice of collection and processing packages for overnight delivery by Federal Express. They are deposited with a facility regularly maintained by Federal Express for receipt on the same day in the ordinary course of business.

____   (State)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

**XX**   (Federal)   I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

At San Diego, California.

/s/ *David C. Wakefield, Esq*
David C. Wakefield

### SERVICE LIST

LEWIS BRISBOIS BISGAARD & SMITH LLP
SHANE SINGH, SB# 202733
E-Mail: Shane.Singh@lewisbrisbois.com
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Tel: 916.564.5400 ; Fax: 916.564.5444

ALEXANDER J. HARWIN, SB# 225254
E-Mail: Alexander.Harwin@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Tel: 213.250.1800; Fax: 213.250.7900
Attorneys for Defendant